### ASKEA vs. STATE.

SIMPLE LARCENY, FROM HABERSHAM. Criminal Law. Accomplice. Witness. Husband and Wife. (Before Judge Estes.)

Blandford, J.—The rule that a conviction cannot be had on the uncorroborated testimony of an accomplice, applies only to cases of felony. In misdemeanors the complicity of the witness goes to his credit ; and in this case the defendant was convicted and sentenced for a misdemeanor. 43 Ga., 197.

(a.) The witness claimed to be an accomplice in this case was sufficiently corroborated by other testimony.

(b.) The wife of an accomplice is a competent witness to testify to any fact in a criminal proceeding not against her husband, if he be not on trial and not affected by such testimony. Code, §3854.

Judgment affirmed.

H. S. West; Crane & Jones, for plaintiff in error.

W. S. Erwin, Solicitor General, by Haralson & Loring; C. H. Sutton, for the State.